UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

Fedor Antonov, individually and on behalf of all others
similarly situated;

                Plaintiff,

-against-

Associated Credit Services, Inc.

                Defendant(s).

------------------------------------------------------------------------x

Case No: 1:20-cv-03325-MKB-CLP

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND ASSOCIATED CREDIT SERVICES, INC. AND [PROPOSED] ORDER**

      **IT IS HERBY STIPULATED AND AGREED** by and between the parties and their

respective counsel, that the action against Defendant Associated Credit Services, Inc., shall be

and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to

any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: October 19, 2020

                **HOROWITZ LAW, PLLC**

                */s/ Uri Horowitz*
                Uri Horowitz
                14441 70th Road
                Flushing, NY 11367
                Phone: (718) 705-8706
                uri@horowitzlawpllc.com

                *Attorney for Plaintiff Fedor Antonov*

Dated: October 19, 2020

**BARON & NEWBURGER, PC**

*/s/ Arthur Sanders*
Arthur Sanders, Esq.
30 South Main Street
New City, NY 10956
Telephone: 845-499-2990
asanders@bn-lawyers.com

*Counsel for Associated Credit Services, Inc.*

SO ORDERED:
s/ MKB 10/19/2020

_____
MARGO K. BRODIE
United States District Judge